# Criminal Case Cover Sheet                                    U.S. District Court - District of Massachusetts

**Place of Offense:** Massachusetts          **Category No.** II          **Investigating Agency** FBI

**City** Weymouth and Boston

**County** Norfolk and Suffolk

**Related Case Information:**
Superseding Ind./ Inf. _____  Case No. _____
Same Defendant _____  New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number  24-mj-8400, 24-mj-8474, 24-mj-8475, 24-mj-8476
R 20/R 40 from District of _____

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number _____   ☐ Yes  ☑ No

**Defendant Information:**

**Defendant Name** Keywan Kelly          Juvenile: ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar:  ☐ Yes  ☑ No

**Alias Name:** _____

**Address:** _____

**Birth date (Yr only):** 1995   **SSN (last 4#):** ___   **Sex:** M   **Race:** ___   **Nationality:** ___

**Defense Counsel if known:** _____          **Address:** _____

**Bar Number:** _____

## U.S. Attorney Information

**AUSA:** Lauren Maynard          **Bar Number if applicable:** 698742

**Interpreter:** ☐ Yes  ☑ No          **List language and/or dialect:** _____

**Victims:** ☑ Yes  ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☐ Yes  ☐ No

**Matter to be SEALED:** ☑ Yes  ☐ No

☑ Warrant Requested          ☐ Regular Process          ☐ In Custody

**Location Status:** _____

**Arrest Date:** _____

☐ Already in Federal Custody as of _____ in _____.
☐ Already in State Custody at _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by: _____ on _____

**Charging Document:**  ☑ Complaint   ☐ Information   ☐ Indictment

**Total # of Counts:**  ☐ Petty ___   ☐ Misdemeanor ___   ☑ Felony 3

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 8/13/2024          **Signature of AUSA:** /s/ Lauren Maynard

JS 45  (5/97)   (Revised U.S.D.C. MA 9/20/2023) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   Keywan Kelly

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 2113 | Armed bank robbery | 1-3 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

USAMA *CRIM* - Criminal Case Cover Sheet.pdf   3/4/2013